RECEIVED
IN LAKE CHARLES, LA

JUL 28 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **KEITH E. EARLY** | CIVIL ACTION NO. 04-2292 |
| VS. | SECTION P |
| **JOEY HEXT, ET AL** | JUDGE TRIMBLE<br>MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this ___28th___ day of ___July___, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE